**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOHN DAVID STEVENSON AND KW
LOGISTICS, LLC,

                  Petitioners

          v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

                  Respondent

:   No. 51 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of June, 2019, the Emergency Application for Leave to File Original Process is **GRANTED**. The Emergency Petition for Writ of Mandamus is **DENIED**. The Application for Leave to Intervene is **DENIED** as moot.